B.G.E., Respondent,

v.

M.A.E., Appellant.

WD 79351

Missouri Court of Appeals,
Western District.

FILED: July 26, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
August 30, 2016

Application for Transfer Denied
Nov. 1, 2016

Jonathan Sternberg, Kansas City for respondent.

Bruce B. Brown, Kearney for appellant.

Before Division Three: Victor C. Howard, Presiding Judge, Lisa White Hardwick and James E. Welsh, Judges

## ORDER

PER CURIAM

M.A.E. ("Mother") appeals from the judgment modifying the dissolution judgment between her and B.G.E. ("Father"). Mother contends the court erred in denying her a continuance, ordering her to pay Father's attorney's fees and the guardian ad litem's fee, and denying her visitation until further order of the court. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).